IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MILTON HUDSON,

    Plaintiff,

v.

Ms. EKE, SRN II,

    Defendant.

No. C 07-4591 WHA (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at the California Institution for Men in Chino, California, which lies within the venue of the United States District Court for the Central District of California. Defendant, who is a prison employee, appears to reside there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). Whether petitioner's application to proceed in forma pauperis is sufficient is a matter for the transferee court, so petitioner may disregard the clerk's deficiency notice.

**IT IS SO ORDERED.**

Dated: September  7 , 2007.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\HUDSON4591.TRN.wpd