UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON HUDSON,<br><br>            Plaintiff,<br><br>  v.<br><br>EKE et al,<br><br>            Defendant. | Case Number: CV07-04591 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Milton Hudson
C-69728/ REC-CU-240 Low
California Institute for Men
PO Box 500
Chino, CA 91708

Dated: September 7, 2007

                                            Richard W. Wieking, Clerk
                                            By: D. Toland, Deputy Clerk